# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| SAM EDWARD THURMOND, SR., ADC #127149; <br> KHALAN ELLINGTON, ADC #655082; <br> RASHAN DIXON, ADC #108165; <br> BOBBY RAY WYLES, JR., ADC #149401; <br> TERRY DON BEAVER, ADC #657603; <br> JEREMY TODD HALEY | PLAINTIFFS |
| v.   4:17CV00222-BSM-JTK <br>       4:17CV00223-BSM-JTK <br>       4:17CV00224-BSM-JTK <br>       4:17CV00248-BSM-JTK <br>       4:17CV00289-BSM-JTK <br>       4:17CV00368-BRW-JTK | |
| TIM RYALS, Sheriff, Faulkner County; et al. | DEFENDANTS |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 4th day of August, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE